

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

February 16, 2024

**VIA ECF**

Hon. John P. Cronan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Santos Cardoso v. Chang Li Supermarket Inc, et al.*

           **Case No. 24-cv-00636-JPC (SDNY)**

Dear Judge Cronan:

This firm was just retained by defendants Chang Li Supermarket Inc and Cathy Jiang (collectively, "Defendants") in connection with the above-referenced action. With Plaintiff Santos Cardoso's consent, Defendants respectfully request that their deadline to move against, answer, or otherwise respond to Plaintiff's complaint be extended through **March 15, 2024**. Defendants accepted service through the undersigned counsel today (February 16, 2024). This is Defendants' first request for such relief. The instant request will not affect any other deadlines or court conferences.

We thank the Court for its attention and consideration in this matter.

Sincerely,

/s/ Kevin K. Yam

Kevin K. Yam

Cc:    All Counsel of Record (Via ECF)

The request is granted. Defendants may respond to the Complaint by March 15, 2024.

SO ORDERED
February 20, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge