

April 3, 2024

**Via ECF**
Hon. John Cronan
Hon. John P. Cronan, U.S.D.J. United States District Court Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> The request is granted.  The conference is adjourned to Friday, April 19, 2024, at 10:00 a.m.
>
> SO ORDERED.
> April 8, 2024
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**Re:** Santos Cardoso v. Chang Li Supermarket Inc., et al. Case No. 1: 24-cv-00636-JPC

Dear Judge Cronan:

I hope this letter finds you well. I am writing to inform you that, unfortunately, I will be unable to attend the upcoming conference scheduled for 4/18/2024 as I have a prior commitment on that day. Specifically, I am scheduled to mediate a case on the same day, which requires my full attention and presence.

In light of this conflict, I would like to propose alternative dates for the conference. I am available on 4/17, 4/19, 4/22 and 4/24.  I hope one of these dates aligns with your schedule, and I apologize for any disruption this may cause to the court's proceedings.

Please let me know if any of the proposed dates are suitable for rescheduling the conference, or if there were alternative dates that would work better.

Thank you for your understanding and consideration in this matter. Should you require any further information or assistance, please do not hesitate to contact me

Respectfully submitted,
/s/
Lina Stillman_____
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115
LS@StillmanLegalPC.com

cc: All counsel of record (via ECF and email)