```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
SANTOS CARDOSO,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :    24 Civ. 636 (JPC)
            -v-                                                    :
                                                                   :    ORDER
CHANG LI SUPERMARKET INC., and                                     :
CATHY JIANG,                                                       :
                                                                   :
                              Defendants.                          :
                                                                   :
------------------------------------------------------------------ X
```

JOHN P. CRONAN, United States District Judge:

On August 12, 2024, the Court ordered the parties to submit a joint proposed pretrial order and all other required pretrial filings, including any motions *in limine*, in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases, by November 4, 2024.  Dkt. 22.  That deadline has passed, and the docket does not reflect any such filings.  Accordingly, by November 8, 2024, it is ordered that either (1) the parties must file on ECF the filings described in the Order at Docket Number 22 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with that Order.

SO ORDERED.

Dated: November 5, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge